ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 SEP 19 AM 9:30

CLERK _SMcCarthy_
SO. DIST. OF GA

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# DUBLIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | Case No. CR 306-04 |
| v. ) | ~~06-10M~~ |
| MICHAEL ANTHONY TAYLOR, ) | |
| Defendant. ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**IT IS HEREBY ORDERED** that the defendant be committed to the custody of the Attorney General, who is directed to hospitalize defendant for treatment in a suitable facility for a period of time, not to exceed four months, to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the trial to proceed. 18 U.S.C. § 4241(d)(1). The director of the facility where defendant is hospitalized is further directed to assess whether defendant's release would create a substantial risk of bodily injury to another person or serious damage to the property of another. The director of the facility shall furnish

a report of his findings to the Court and provide copies of the report to counsel.

**SO ORDERED** this 19th day of September, 2006.

_____
DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA     *

            vs.     *     CASE NO. 306-4

Taylor     *

               *

               *

The undersigned, a regularly appointed and qualified deputy in the office of this Clerk of this District, while conducting the business of the Court for said Division does hereby certify the following:

1. Pursuant to instructions from the court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the persons, parties or attorneys listed below; and

2. That the aforementioned envelope(s) contain a copy of the documents known as notice dated 9/19/06, which is part of the official records of this case.

Date of Mailing: 9/19/2006
Date of Certificate: 9/19/2006

SCOTT L. POFF, CLERK

By: _smc_

NAME:
1. Michael Anthony Taylor
2. C. Michael Johnson
3. Lamar Walter
4. U.S. Marshal (5 cert cys)
5. U.s. Probation
6. 
7. 

Cert/Copy
- [ ] [x] District Judge
- [ ] [x] Magistrate Judge
- [ ] [ ] Minutes
- [ ] [ ] U.S. Probation
- [ ] [ ] U.S. Marshal
- [ ] [ ] U.S. Attorney
- [ ] [ ] JAG Office

Cert/Copy
- [ ] [ ] Dept. of Justice
- [ ] [ ] Dept. of Public Safety
- [ ] [ ] Voter Registrar
- [ ] [ ] U.S. Court of Appeals
- [ ] [ ] Nicole/Debbie
- [ ] [ ] Ray Stalvey
- [ ] [ ] Cindy Reynolds